UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-02073-ACC-DCI

HOWARD COHAN,

    Plaintiff,

vs.

APPLE NINE FLORIDA SERVICES, INC.
a Foreign Profit Corporation
d/b/a HOME2 SUITES CAPE CANAVERAL

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, APPLE NINE FLORIDA SERVICES, INC., (the Parties) by and through their undersigned counsel, hereby notifify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED March 12, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Elizabeth M. Rodriguez** |
| Gregory S. Sconzo, Esq. | Elizabeth M. Rodriguez, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 821690 |
| Sconzo Law Office, P.A. | FordHarrison |
| 3825 PGA Boulevard, Suite 207 | 1 SE Third Avenue, Suite 2130 |
| Palm Beach Gardens, FL 33410 | Miami, Florida 33131 |
| Telephone: (561) 729-0940 | Telephone: (305) 808-2143 |
| Facsimile: (561) 491-9459 | Facsimile: (305) 808-2101 |
| Email: greg@sconzolawoffice.com | Email: ERodriguez@fordharrison.com |
| Attorney for Plaintiff | Attorney for Defendant |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 **/s/ Gregory S. Sconzo**
                                                 **Gregory S. Sconzo, Esq.**