### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HOWARD COHAN,**

        **Plaintiff,**

**v.**                               **Case No.   6:23-cv-2073-ACC-DCI**

**APPLE NINE FLORIDA
SERVICES, INC.,**

        **Defendant.**

_____

### ORDER OF DISMISSAL

The Court has been advised by **counsel for the parties** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b) M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 13, 2024.

ANNE C. CONWAY
United States District Judge

**<u>COPIES FURNISHED TO:</u>**
Counsel of Record